UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MIROSLAW GORTAT, et al.,

                Plaintiffs,

    -against-

CAPALA BROTHERS, INC., et al.,

                Defendants.
-------------------------------------------------------------X

**ORDER**
**CV-07-3629 (ILG)**

**All cases have been assigned to the Court's Electronic Case Filing Program. The parties shall file all future submissions electronically and will ONLY receive correspondence from the Court electronically. It is the responsibility of the parties to confirm that their e-mail addresses are correct at the time of filing the complaint or answer as well as regularly monitor the status of their cases in order to avoid missing court appearances or deadlines set by the court.**

The above-captioned matter was scheduled for a telephone conference at 3:00 p.m. on January 31, 2008. Neither party contacted the Court at the scheduled time.

It is hereby Ordered that counsel appear for an in-person conference at **Wednesday, February 6, 2008** at **5:30 p.m.**, before the Honorable Steven M. Gold, United States Magistrate Judge in Courtroom 13-D   All counsel must attend.

    SO ORDERED.

Dated: Brooklyn, New York
       January 31, 2008

                                                   s/
                                                **STEVEN M. GOLD**
                                                **UNITED STATES MAGISTRATE JUDGE**