FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 1 9 2013 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
MIROSLAW GORTAT, et al.,

        Plaintiffs,

    - against -

CAPALA BROTHERS, INC., et al.,

        Defendants.
-----------------------------------------------------x

JUDGMENT

07 Civ. 3629 (ILG)

In accordance with the jury verdict of May 13, 2013, in orders dated June 12, 2013 and June 18, 2013, the Court directed entry of judgment against defendants in the amount of $293,212.41, which includes liquidated damages and prejudgment interest but not attorneys' fees. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is

ORDERED and ADJUDGED that judgment is hereby entered against defendants Robert Capala, Pawel Capala, and Capala Brothers, Inc. jointly and severally and in favor of (1) Henryk Bienkowski in the amount of $81,258.67; (2) Miroslaw Filipkowski in the amount of $77,695.21; (3) Miroslaw Gortat in the amount of $40,174.72; (4) Artur Lapinski in the amount of $15,870.00; (5) Jan Swaltek in the amount of $31,850.48; (6) Artur Kosiorek in the amount of $870.00; (7) Henryk Stoklosa in the amount of $3,760.00; and (8) to the members of the class common fund in the amount of $41,733.34.

Dated:     Brooklyn, New York
         June 19, 2013

                    's/ILG

                    I. Leo Glasser
                    Senior United States District Judge

1