UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X

MIROSLAW GORTAT, et al.,

Plaintiffs,

-against-

CAPALA BROS, et al.,

Defendants.

----------------------------------------------------X

JUDGMENT
07-CV- 3629 (ILG)

An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on August 4, 2014, adopting in its entirety the Report and Recommendation of Magistrate Judge Steven M. Gold, dated June 4, 2014, after *de novo* review of the record; and directing the Clerk of Court to enter judgment awarding attorneys' fees to Plaintiffs' counsel in the amount of $514,284.00 and $68,294.50 in costs; it is

ORDERED and ADJUDGED that Plaintiffs' counsel is awarded attorneys' fees in the amount of $514,284.00 and costs in the amount of $68,294.50 for a total award of $582,578.50.

Dated: Brooklyn, New York
September 23, 2014

Douglas C. Palmer
Clerk of Court

by: *<u>/s/ Janet Hamilton</u>*
Deputy Clerk