UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

AMENDED JUDGMENT

MIROSLAW GORTAT, HENRYK BIENKOWSKI, GRZEGORZ DRELICH, MIROSLAW FILIPKOWSKI, ARTUR LAPINSKI and JAN SWALTEK, on behalf Of themselves and on behalf of all others situated,

Plaintiffs,

-against-

CAPALA BROTHERS, INC., PAWEL CAPALA and ROBERT CAPALA,

Defendants.

-----------------------------------------------------------X

An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on August 4, 2014, adopting in its entirety the Report and Recommendation of Magistrate Judge Steven M. Gold, dated June 4, 2014, after *de novo* review of the record; and directing the Clerk of Court to enter judgment awarding attorneys' fees to Plaintiffs' counsel, Robert Wisniewski P.C. in the amount of $514,284.00 and $68,294.50 in costs; it is

ORDERED and ADJUDGED that Plaintiffs' counsel, Robert Wisniewski P.C. is awarded attorneys' fees in the amount of $514,284.00 and costs in the amount of $68,294.50 for a total award of $582,578.50.

Dated: Brooklyn, New York
October 06, 2014

Douglas C. Palmer
Clerk of Court

by: *<u>/s/ Janet Hamilton</u>*
Deputy Clerk