UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 13 2017 ★
BROOKLYN OFFICE

---------------------------------------------------------------------------X
MIROSLAW GORTAT, HENRYK BIENKOWSKI, MIROSLAW FILIPKOWSKI, ARTUR LAPINSKI, JAN SWALTEK, ARTUR KOSIOREK and HENRYK STOKLOSA on behalf of themselves and on behalf of others similarly situated,

Plaintiffs,

**1:07-cv-03629(ILG)(SMG)**

-against-

CAPALA BROTHERS, INC., PAWEL CAPALA and ROBERT CAPALA,

Defendants.
---------------------------------------------------------------------------X

**AMENDED JUDGMENT**

An Order of Honorable I. Leo Glasser, United States District Judge, having been filed on August 4, 2014, adopting in its entirety the Report and Recommendation of Magistrate Judge Steven M. Gold, dated June 4, 2014, after de novo review of the record; and directing the Clerk of Court to enter judgment awarding attorneys' fees to Plaintiffs' counsel, Robert Wisniewski P.C. in the amount of $514,284.00 in fees and $68,294.50 in costs; and the Clerk of the Court having entered and filed said Judgment on September 23, 2014, and following appeal, by Opinion and Summary Order issued simultaneously on July 29, 2015, the United States Court of Appeals for the Second Circuit having, *inter alia*, vacated the District Court's award of $10,425 in costs for expert fees, and $5,730 in counsel fees, respectively; it is

ORDERED and ADJUDGED that Plaintiff's counsel, Robert Wisniewski P.C., is awarded attorneys' fees in the amount of $508,554 and costs in the amount of $57,869.50 for a total award of $566,423.50.

Dated: Brooklyn, New York
February 10, 2017

So Ordered:

s/I. Leo Glaser
Hon. I. Leo Glasser, U.S.D.J.

_________________________
Clerk of the Court

BY:

_________________________
Deputy Clerk