ROBERT WISNIEWSKI P.C.
Attorneys for Plaintiffs
225 Broadway, Suite 1020
New York, New York 10007
(212) 267-2101

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

MIROSLAW GORTAT, HENRYK BIENKOWSKI, MIROSLAW FILIPKOWSKI, ARTUR LAPINSKI, JAN SWALTEK, ARTUR KOSIOREK, and HENRYK STOKLOSA, on behalf of themselves and on behalf of all others similarly situated,

Plaintiffs,

-against-

**07-cv-03629 (ILG)(SMG)**

CAPALA BROTHERS, INC., PAWEL CAPALA, and ROBERT CAPALA,

Defendants,

**NOTICE OF SETTLEMENT <u>OF ORDER</u>**

-and-

JENNIFER CAPALA, PIOTR CAPALA, FILIP CAPALA, ELWIRA CAPALA, ROBERT CAPALA TRUST, PIOTR CAPALA AND ELWIRA CAPALA TRUST, 269 WITHERS STREET, LLC, FIRE HILL HOLDINGS, LLC FROST 214 LLC and CP GREEN CORP.,

Related Parties

-------------------------------------------------------------x

PLEASE TAKE NOTICE that, pursuant to Local Rule 77.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the annexed proposed order will be presented to the Honorable Steven M. Gold, U.S.M.J., one of the Judges

of the within named Court, at 225 Cadman Plaza East, Brooklyn, New York on the 30th day of October, 2017 at 10:00 in the forenoon of that day, or on any other date as determined by the Court, for settlement and signature. The proposed order is being submitted in accordance with the January 31, 2017 Minute Entry (ECF Doc. 598), February 14, 2017 Order (ECF Doc. 601) and Ocotber 6, 2017 Order (ECF Doc. 624) of the Honorable Steven M. Gold, U.S.M.J.

Dated: New York, New York
October 10, 2017

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski

TO:

All Counsel of Record via ECF and FedEx