LAW OFFICES OF
# GABRIEL DEL VIRGINIA

30 WALL STREET, 12TH FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 371-5478
FACSIMILE: (212) 371-0460
E-MAIL: gabriel.delvirginia@verizon.net

February 2, 2018

**VIA ECF**
Hon. Steven M. Gold,
 United States Magistrate Judge
United States District Court
Eastern District of New York,
225 Cadman Plaza East,
Brooklyn, New York 11201

  Re: *Gortat et al. v. Capala Brothers, Inc., et al.*
    <u>Docket No.: 07 cv 3629(ILG)(SMG)</u>

Honorable Judge Gold,

  I am writing to advise Your Honor that pursuant to Your Honor's Order, we have been successful in arranging a mediation session among all parties to this and to the related proceedings.

  The mediation will be held on Tuesday, February 13, 2108, commencing at noon.

  We hope the scheduled session results in a global arrangement among all actual and interested parties, and I will report back to the Court in a writing with the status following the session.

  We thank the Court for its kind consideration of the instant submission.

              Respectfully yours,

              *[signature]*
              Gabriel Del Virginia

Copy to all counsel via *ECF*.