

**RIKER DANZIG SCHERER HYLAND PERRETTI** LLP

ATTORNEYS AT LAW

Michael R. O'Donnell
Co-Managing Partner

Direct:
t: 973.451.8476
f: 973.451.8700
modonnell@riker.com
Reply to: Morristown

October 4, 2018

**VIA ECF**

Hon. Steven M. Gold, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **Gortat v. Capala Brothers, Inc. et al.**
       **Case No. 07-cv-3629-ILG-SMG**

Dear Judge Gold:

As you know, this firm represents non-party ConnectOne Bank ("ConnectOne") and submits this letter as instructed by the Court during the October 1, 2018 conference call in this matter. During the call, counsel for plaintiffs Miroslaw Gortat, Henryk Bienkowski, Miroslaw Filipkowski, Arthur Lapinski, Jan Swaltek, Arthur Kosiorek and Henryk Stoklosa's (collectively as "Plaintiffs") acknowledged that Plaintiffs are not challenging ConnectOne's mortgage on the property located at 269 Withers Street, Brooklyn, New York (the "Property"), which was recorded on June 23, 2016 (the "Mortgage"). Thus, in the event the Court voids the February 20, 2013 transfer of the Property from the Capala Brothers, Inc. to 269 Withers Street LLC, the Order should be effective as of June 24, 2016 in order to ensure the Mortgage will be reflected in the chain of title. ConnectOne is not aware of any other liens that would have encumbered the Property.

Thank you for your consideration.

Respectfully submitted,

/s/ Michael R. O'Donnell

Michael R. O'Donnell

cc:         All counsel of record (via ECF)

4987640v1

Headquarters Plaza, One Speedwell Avenue, Morristown, NJ 07962-1981 • t: 973.538.0800 f: 973.538.1984
50 West State Street, Suite 1010, Trenton, NJ 08608-1220 • t: 609.396.2121 f: 609.396.4578
500 Fifth Avenue, New York, NY 10110 • t: 212.302.6574 f: 212.302.6628
London Affiliate: 33 Cornhill, London EC3V 3ND, England • t: +44 (0) 20.7877.3270 f: +44 (0) 20.7877.3271
www.riker.com