# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven M. Gold |
| **DATE:** | April 19, 2016 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER:** | CV-07-3629 (ILG) |
| **NAME OF CASE:** | GORTAT, ET AL. V. CAPALA BROTHERS, INC., ET AL. |
| **FOR PLAINTIFF:** | Wisniewski |
| **FOR DEFENDANT(S):** | |
| **NEXT CONFERENCE:** | (See rulings below) |
| **COURT REPORTER/FTR:** | 12:25-12:45 |

**RULINGS FROM CONFERENCE:**

Counsel report that they have not yet moved to lift the bankruptcy stay, but plan to do so, and that they have not yet entered into a joint prosecution agreement, but plan to do that as well. Counsel shall attempt to move this matter forward efficiently and promptly. They shall submit a letter to the Court no later than April 26 identifying the specific steps they intend to take, the dates by which they will take them, and any relief they seek from the Court.