## CIVIL MINUTE ENTRY

| BEFORE: | Chief Magistrate Judge Steven M. Gold |
|---|---|
| DATE: | April 21, 2015 |
| TIME: | 4:30 P.M. |
| DOCKET NUMBER(S): | CV-07-3629 (ILG) |
| NAME OF CASE(S): | GORTAT ET AL V. CAPALA BROTHERS, INC. ET AL |
| FOR PLAINTIFF(S): | Wisniewski |
| FOR DEFENDANT(S): | Bieber |
| NEXT CONFERENCE(S): | (See rulings below) |

**RULINGS FROM TELEPHONE CONFERENCE:**

Walderman for various non-parties, Birnbach for 269 Withers Street and Silivac. Pawal and Robert Capala participated as well.

(1) Mr. Bieber's motion to be relieved is granted without objection. Pawal and Robert Capala are advised that a corporation must appear through counsel or be held in default and are urged to retain new counsel promptly. Pawal and Robert Capala are also directed to retain and, if possible, make back-up copies of the electronic records discussed today, including their Quickbooks files.

(2) Plaintiffs will serve a form motion for sanctions by May 22, assuming the violations of the Court's discovery orders described in the letter they filed today are not promptly remedied. Any party or non-party objecting to the relief sought in plaintiffs' motion may submit opposition by June 5, and plaintiffs may submit a reply by June 19.

(3) Plaintiffs will promptly seek an adjournment of any proceedings scheduled before United States District Judge Glasser.

(4) Plaintiffs will promptly serve a copy of this Order on plaintiffs Pawal and Robert Capala and file proof of service with the Court.

(**FTR 5:12-5:30**)